# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JAIME BLANTON § | |
| § | Civil Action No. 4:16-CV-211 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| MAZATLAN, INC. § | |

## ORDER OF DISMISSAL

Came on to be considered this day the Joint Stipulation of Dismissal with Prejudice (Dkt. #17) jointly filed in this cause by Plaintiff Jaime Blanton ("Plaintiff") and Defendant Mazatlan, Inc. ("Defendant") (collectively, the "Parties"). After considering the Joint Stipulation of Dismissal with Prejudice, and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

SIGNED this 2nd day of February, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE